IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

LESLIE ROBERT BURK,
        *Plaintiff,*

        §
        §
        §

v.
        §        P:24-CV-00054-DC

        §
        §

HUDSPETH COUNTY, et al.,
        *Defendants.*

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is United States Magistrate Judge David B. Fannin's Report and Recommendation (Doc. 91) concerning Defendant Hudspeth County's Motion to Dismiss (Doc. 69). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on December 3, 2025.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Courts "need not . . . conduct a *de novo* review when the objections are frivolous, conclusive, or general in nature." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). Because Burk's objections are frivolous, the Court does not undertake *de novo* review.

Reviewing the R&R for clear error, the Court finds none. As a result, the R&R (Doc. 91) is **ADOPTED**. Hudspeth's Motion to Dismiss (Doc. 69) is **GRANTED**.

It is so **ORDERED**.

SIGNED this 27th day of March, 2026.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE