**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION**

| | | |
|---|---|---|
| **LESLIE ROBERT BURK,** *Plaintiff,* | § § § § § § § § § § § § | |
| **v.** | | **P:24-CV-00054-DC** |
| **THE UNITED STATES OF AMERICA,** *Defendant.* | | |

## ORDER

Before the Court is United States Magistrate Judge David B. Fannin's Report and Recommendation (Doc. 112) concerning the United States of America's Motion to Dismiss. (Doc. 90). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge filed his report and recommendation on May 21, 2026.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no objections were filed, the Court reviews for clear error.

Finding none, the Court **ADOPTS** the R&R and **GRANTS** the Motion. Burk's claims are thus **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

SIGNED this 23rd day of June 2026.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE